No. 04-99-00589-CV


Dr. Lola BOYCE,


Appellant


v.


AMICA MUTUAL INSURANCE COMPANY,


Appellee


From the 224th Judicial District Court, Bexar County, Texas


Trial Court No. 96-CI-17409


Honorable Andy Mireles, Judge Presiding


PER CURIAM


Sitting: Alma L. López, Justice

 Catherine Stone, Justice

 Paul W. Green, Justice

Delivered and Filed: April 26, 2000

APPEAL DISMISSED

 The appellant in the above numbered and styled appeal has filed a motion to dismiss the
appeal, stating that the parties have reached an agreement to settle and compromise their differences
in the underlying lawsuit. The motion is granted. See Tex. R. App. P. 42.1(a)(1). Because the case
is now moot, all previous orders and judgments, both trial and appellate, are set aside and the cause
is dismissed. See Merrill Lynch, Pierce, Fenner & Smith, Inc. v. Hughes, 827 S.W.2d 859, 859 (Tex.
1992); Exxon Corp. v. Bulter, 619 S.W.2d 399, 399 (Tex. 1981); Panterra v. American Dairy
Queen, 908 S.W.2d 300, 301 (Tex. App.-San Antonio 1995, no writ.). The costs of this appeal are
taxed against the party who incurred them.

 PER CURIAM

DO NOT PUBLISH